FILED
CLERK, U.S. DISTRICT COURT

APR - 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FRANK CONTRERAS, )  CV 10-00259 PJW

Plaintiff, )  JUDGMENT OF REMAND

    v. )

MICHAEL J. ASTRUE, Commissioner )
of Social Security Administration, )

    Defendant. )

    The Court having received and approved the Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

4/5, 2011

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-